\IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA     )
                                 )
v.                                    )        **CR. NO. 4:25-CR-242(1)-DAE**
                                   )
TIBURCIO ACOSTA              )

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

To the Honorable Judge of This Court:

Comes Now, TIBURCIO ACOSTA, Defendant, in the above captioned cause and moves this Court to Modify his Conditions of Release as previously imposed by the Court for good cause would show the following:

On December 1, 2025, the Court set conditions of release for the Defendant. One condition, (7)(p)(i), sets a curfew between 7:00 a.m. and 7:00 p.m. Defendant requests that the curfew be changed to 7:00 a.m. to 9:00 p.m.

AUSA Steven Spitzer and Officer Hinojos of U.S. Pretrial Services in Pecos are both unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant, TIBURCIO ACOSTA, respectfully requests the Court modify his conditions of release as requested above.

Respectfully submitted,

 /s/ Jeff Parras
Attorney for the Defendant
Tx Bar No. 00792741
306 W. Wall, Suite 840
Midland, Tx 79701
ofc 432-687-1606
fax 432-687-1607
jparras@parraslaw.net

**<u>Certificate of Service</u>**

I certify that on March 12, 2026, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to Assistant United States Attorney Steven Sptizer.


 /s/ Jeff Parras
Attorney for the Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 4:25-CR-242(1)-DAE** |
| | ) | |
| **TIBURCIO ACOSTA** | ) | |

## ORDER

Before the Court is the Defendant's Motion to Modify Conditions of Release in the above captioned case. The Court having considered the Motion finds that the Motion should be GRANTED, and the Defendant's Conditions of Release are hereby modified as follows:

The Defendant's curfew is changed in condition p(i) from 7 a.m. to 7 p.m. to 7 a.m. to 9 p.m.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of March, 2026.

_____
DAVID FANNIN
United States Magistrate Judge