| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | **Cause No.  P-25-CR-242 (1)** |
| | § | |
| | § | |
| | § | |
| **TIBURCIO ACOSTA** | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Before the Court is Defendant Tiburcio Acosta's Unopposed Motion to Modify Conditions of Release. (Doc. 70).  The Court **GRANTS** said Motion.

It is therefore **ORDERED** that the Defendant's Bond conditions are modified as follows:

**(7)(p)(i) Curfew. You are restricted to your residence every day from 9:00 p.m. to 7:00 a.m.**

All other conditions of release previously established that are not in conflict with this Order shall remain in effect.

It is so **ORDERED.**

**SIGNED this 13th day of March, 2026.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE